NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 2 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-6592 |
| Plaintiff - Appellee, | D.C. No. 1:24-cr-00010-SPW-1 |
| v. | |
| ISRAEL GONZALES-PACHECO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted May 21, 2025[**]

Before:    SILVERMAN, LEE, and VANDYKE, Circuit Judges.

Israel Gonzales-Pacheco appeals from the district court's judgment and

challenges the 46-month sentence imposed following his guilty-plea conviction for

being a prohibited person in possession of a firearm in violation of 18 U.S.C.

§ 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Gonzales-Pacheco contends the sentence is substantively unreasonable because it does not account for his mitigating factors, including his drug addiction and family circumstances. The district court fully considered these arguments, however, and did not abuse its discretion in concluding they did not support a lower sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances, including Gonzales-Pacheco's criminal history and the nature of the offense. *See Gall*, 552 U.S. at 51.

The excerpts of record at Docket Entry No. 4 was provisionally filed under seal because it contains information inappropriate for public disclosure. The clerk will maintain under seal Docket Entry No. 4 in accordance with Ninth Circuit Rule 27-13.

**AFFIRMED.**